UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA TURNER | : | CIVIL ACTION - LAW |
| Plaintiff | : | NO 2:12-cv-00637-AB |
| | : | (HONORABLE |
| v. | : | ANITA B. BRODY) |
| | : | |
| NCO FINANCIAL SYSTEMS, INC., | : | |
| Defendant | : | JURY TRIAL DEMANDED |

**ORDER**

AND NOW this __3d__ day of August 2012, Plaintiff's Motion for Stay of Proceedings Pending Appointment as Special Counsel from Bankruptcy Court is hereby GRANTED.

_Joel Slomsky_
SLOMSKY, J.
EMERGENCY JUDGE

Copies via ECF on ___ Copies via US Mail on ___